# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

POLET TCHAKARSKI,

    Plaintiff,

v.

JOSEPH SCISCENTO, *et al.*,

    Defendants.

Case No. 2:10-CV-00126-KJD-LRL

**ORDER**

On July 9, 2010, Plaintiff filed a document (#4) which the Court construes liberally as a Motion for Voluntary Dismissal. Specifically, Plaintiff "requests this honorable court to dismiss and dispose the above case for lack of controversy." Docket No. 4, p.2, l. 16-18. Without recognizing Plaintiff's contention that his name is a legal fiction, the Court grants Plaintiff's request (#4). This action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

DATED this 12th day of July 2010.

_____
Kent J. Dawson
United States District Judge